# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-1665

Alexander Smith v. City of Atlantic City, et al

(U.S. District Court No.: 1-19-cv-06865)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   May 14, 2019
SB/cc:   Nicholas Delgaudio, Esq.
Luna Droubi, Esq.
Mr. William T. Walsh

A True Copy:

Patricia S. Dodszuweit, Clerk